David J. Dow, Bar No. 179407
ddow@littler.com
Jocelyn D. Hannah, Bar No. 224666
jhannah@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
Telephone:  619.232.0441
Facsimile:  619.232.4302

Attorneys for Defendant
FIRST STUDENT MANAGEMENT LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA LUCIA FOLEY, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>FIRST STUDENT MANAGEMENT LLC, an Ohio limited liability company; and DOES 1-50, inclusive,<br><br>  Defendants. | Case No.    1:25-at-00584<br><br>*[Removed from Tulare Superior Court Case No. VCU320179]*<br><br>**DEFENDANT FIRST STUDENT MANAGEMENT LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Trial Date:          Not Yet Set<br>Complaint Filed:  April 9, 2025 |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant FIRST STUDENT MANAGEMENT LLC ("Defendant") hereby submit the following corporate disclosure statement:

The sole member of Defendant First Student Management, LLC is First Student, Inc. First Student, Inc. is a wholly owned subsidiary of FirstGroup America Holdings, Inc. and no other entity owns 10% or more of First Student, Inc.'s stock. FirstGroup America Holdings, Inc. is a wholly owned subsidiary of Laidlaw Transportation, Inc., which is an indirect, wholly-owned subsidiary of First Student Intermediate Holding, LLC, which is an indirect, wholly-owned subsidiary of EQT Infrastructure V Investments S.á.r.l.

Dated:  July 14, 2025

s/ *Jocelyn D. Hannah*

David J. Dow
Jocelyn D. Hannah
LITTLER MENDELSON, P.C.
Attorneys for Defendant
FIRST STUDENT MANAGEMENT LLC

4904-6841-6085 / 070991.1236