LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.
619.232.0441

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUANA LUCIA FOLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST STUDENT MANAGEMENT LLC, an Ohio limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:25-cv-00856-JLT-HBK<br><br>*[Removed from Tulare Superior Court Case No. VCU320179]*<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND THE ACTION TO STATE COURT<br><br><br>Complaint Filed:    April 9, 2025 |

The Court, having read the Parties' stipulation (Doc. 10) and good cause appearing, orders as follows:

1.    This Action is remanded back to the Superior Court of California County of Tulare; and

2.    All future dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated:    **April 24, 2026**

_____
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND THE ACTION TO STATE COURT